Martha G. Bronitsky
Chapter 13 Trustee Standing Trustee
24301 Southland Dr. #200
Hayward, Ca 94540-5004
Telephone: (510) 266-5580
Fax:(510) 266-5589

FILED
AUG 1 2008
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

RECEIVED
AUG 8 2008
BANKRUPTCY COURT
OAKLAND, CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re: RAYMOND P. FARIA

Debtor(s)

Case No: 07-40791 LT13

Chapter 13

**NOTICE OF UNCLAIMED DIVIDENDS**

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure (3010 or 3011), the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount of $1,500.00 name (s) and address (es) of the claimants entitled to the unclaimed dividends are as follows:

| Case # | Name & Address of Claimant | Claim amount | Dividend Amount |
|---|---|---|---|
| 07-40791 LT13 | RAYMOND PAUL FARIA<br>1201 – 84TH AVENUE<br>OAKLAND, CA 94621 | $ DEBTOR | $ 1,500.00 |
| | Total Unclaimed Dividends | | $ 1,500.00 |

Dated: July 29, 2008

*Martha G Bronitsky*
Martha G. Bronitsky, Chapter 13 Trustee

Case: 07-40791   Doc# 37   Filed: 08/01/08   Entered: 08/08/08 11:25:53   Page 1 of 1